UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DUBLIN,

Plaintiff,

v.

Case No: 6:18-cv-262-Orl-22DCI

D3 ENVIROSCAPE, LLC,

Defendant.

_______________________________________/

**DEFENDANT, D3 ENVIROSCAPE, LLC'S, CONSENT ORDERING SUBSTITUTION OF ATTORNEY**

The Defendant, D3 ENVIROSCAPE, LLC, by and through its undersigned attorney moves this Honorable Court to grant leave for substitution of counsel. D3 ENVIROSCAPE, LLC substitutes Philip K. Calandrino, State Bar No. 143730 as counsel of record in place of Heather M. Meglino.

Contact information for new counsel is as follows:

Firm Name: Forward Law Firm

Address: 214 S. Park Ave 2nd Fl. Winter Park, FL 32789

Telephone: (407) 621-4200

Email: philc@forwardlawfirm.com

I consent to the above substitution.

______________________________ Date: March 26, 2019
D3 Enviroscape, LLC

I consent to being substituted.

______________________________ Date: March 27, 2019
Heather M. Meglino

I consent to the above substitution.

______________________________ Date: March 26, 2019
Philip K. Calandrino

This substitution of attorney is hereby approved and so ORDERED.

Date: ______________

______________________________
Honorable Judge Anne C. Conway
United States District Judge