UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DUBLIN,

    Plaintiff,

v.

                                            Case No: 6:18-cv-262-Orl-22DCI

D3 ENVIROSCAPE, LLC,

    Defendant.

_____/

## DEFENDANT, D3 ENVIROSCAPE, LLC'S, MOTION FOR LEAVE OF COURT AND WITHDRAWAL OF COUNSEL

The Defendant, D3 ENVIROSCAPE, LLC, by and through its undersigned attorney moves this Honorable Court to grant leave for substitution of counsel. D3 ENVIROSCAPE, LLC substitutes Philip K. Calandrino, State Bar No. 143730 as counsel of record in place of Heather M. Meglino.

Contact information for new counsel is as follows:

    Firm Name: Forward Law Firm

    Address: 214 S. Park Ave 2nd Fl, Winter Park, FL 32789

    Telephone: (407) 621-4200

    Email: philc@forwardlawfirm.com

I hereby declare that pursuant to Local Rule 2.03(b), a ten (10) days' notice to both D3 Enviroscape, LLC, the client affected, and to Noah E. Storch, opposing counsel, was given in regard to my withdrawal as counsel for D3 Enviroscape, LLC.

Pursuant to Local Rule 3.01(g), I hereby certify that I, Heather M. Meglino, have conferred with opposing counsel, Noah E. Storch and that counsel has agreed on the resolution of the motion.

I consent to the above substitution.

_____  Date: 4-4-19
D3 Enviroscape, LLC

I consent to being substituted.

*Heather M. Meglino*  Date: 4/8/19
Heather M. Meglino

I consent to the above substitution.

_____  Date: 4-4-2019
Philip K. Calandrino

This substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Honorable Judge Anne C. Conway
United States District Judge