UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC DUBLIN,

    Plaintiff,

v.

                                             CASE NO.: 6:18-cv-262-Orl-22DCI

D3 ENVIROSCAPE, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **ERIC DUBLIN,** and Defendant, **D3 ENVIROSCAPE,** by and through their undersigned counsel, hereby stipulate to the dismissal of this matter in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own attorneys' fees and costs.

Respectfully submitted this 14th of January, 2020.

| | |
|---|---|
| */s/ Noah E. Storch* | */s/ Kevin C. Allen Nash* |
| Noah E. Storch, Esq. | Kevin C. Allen Nash, Esq. |
| Florida Bar No.: 0085476 | Florida Bar No. |
| Richard Celler Legal, P.A. | The Mount & Nash Law Group, P.A. |
| 10368 W. State Rd. 84 Ste. 103 | 997 W. Kennedy Blvd. |
| Davie, Florida 33324 | Suite A25 |
| Telephone: (866) 344-9243 | Orlando, FL 32810 |
| Facsimile: (954) 337-2771 | Phone: (407)622-0145 |
| E-Mail: | Fax: (407)329-3332 |
| Noah@floridaovertimelawyer.com | E-mail: Kevin@mountnashlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

/s/ Kevin Allen Nash
Kevin Allen Nash, Esquire